Law Offices of
# ROBERT L. FORKNER

Certified Criminal Law Specialist
California State Bar
BOARD OF LEGAL SPECIALIZATION

722 Thirteenth Street  Phone: (209) 544-0200
MODESTO, CA 95354  FAX: (209) 544-1860

---

MEMORANDUM *& Order, As modified*

---

**TO:** COLLEEN LYNDON, COURTROOM CLERK TO HONORABLE EDWARD J. GARCIA
**FROM:** ROBERT L. FORKNER, ATTORNEY AT LAW
**SUBJECT:** USA V. GERARDO VALENCIA-REVUELTA CR-S-09-381-EJG
**DATE:** 3/28/2011
**CC:** CASEY HORNER

*cc EJG*

---

Please continue the judgment and sentencing in this case from April 29, 2011 to May 2̶0̶ 13, 2011 at 10:00 a.m. The continuance is needed to allow the parties to resolve issues related to the defendant's role in the offense. *al*

The Government, AUSA Michael Beckwith and the United States Probation Officer, Casey Horner, have no objections to this continuance.

Thank you for your attention in this matter. Should you have any questions please contact me at the Modesto number above.

FILED
APR 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IT IS SO ORDERED
*[signature]*
3/29/11