Law Offices of
# ROBERT L. FORKNER

Certified Criminal Law Specialist
California State Bar
BOARD OF LEGAL SPECIALIZATION

722 Thirteenth Street                     Phone:   (209) 544-0200
MODESTO, CA 95354                         FAX:     (209) 544-1860

---

### MEMORANDUM

---

**TO:**       COLLEEN LYNDON, COURTROOM CLERK TO HONORABLE EDWARD J. GARCIA
**FROM:**     ROBERT L. FORKNER, ATTORNEY AT LAW
**SUBJECT:**  USA V. GERARDO VALENCIA-REVUELTA CR-S-09-381-EJG
**DATE:**     4/6/2011
**CC:**       CASEY HORNER US PROBATION OFFICER

---

Please continue the judgment and sentencing in this case from May 13, 2011 to June 10, 2011 at 10:00 a.m. The continuance is needed to allow the parties to resolve issues related to the defendant's role in the offense.

The Government, AUSA Michael Beckwith and the United States Probation Officer, Casey Horner, have no objections to this continuance.

Thank you for your attention in this matter. Should you have any questions please contact me at the Modesto number above.

**FILED**

APR 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IT IS SO ORDERED

4/7/11   _____