Law Offices of
# ROBERT L. FORKNER

Certified Criminal Law Specialist
California State Bar
BOARD OF LEGAL SPECIALIZATION

| | |
|---|---|
| 722 Thirteenth Street | Phone: (209) 544-0200 |
| MODESTO, CA 95354 | FAX:   (209) 544-1860 |

## MEMORANDUM & Order

**TO:** COLLEEN LYNDON, COURTROOM CLERK TO HONORABLE EDWARD J. GARCIA

**FROM:** ROBERT L. FORKNER, ATTORNEY AT LAW

**SUBJECT:** USA V. GERARDO VALENCIA-REVUELTA CR-S-09-381-EJG

**DATE:** 4/13/2011

**CC:** CASEY HORNER US PROBATION OFFICER

---

Please continue the judgment and sentencing in this case from June 10, 2011 to August 5, 2011 at 10:00 a.m. The continuance is needed to allot the parties enough time to resolve issues related to the defendant's role in the offense. The defendant has not been interviewed by Probation. The Judgment and Sentencing must be scheduled 11 weeks after the defendant has been interviewed. Probation officer Casey Horner must adhere to that schedule.

The Government, AUSA Michael Beckwith and the United States Probation Officer, Casey Horner, have no objections to this continuance.

Thank you for your attention in this matter. Should you have any questions please contact me at the Modesto number above.

**FILED**

APR 15 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

**IT IS SO ORDERED**

4/14/11