UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**FILED**
JUL 1 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**MEMORANDUM AND ORDER**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

cl EJG

**RE:   Gerardo VALENCIA-REVUELTA**
      **Docket Number:   2:09CR00381-03**
      **CONTINUANCE OF JUDGMENT**
      **AND SENTENCING; ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 5, 2011, to September 9, 2011, at 10 a.m.. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer was provided information which could change the guideline calculations. Additional time is needed to review the discovery to determine if it will affect the guideline calculations.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/

**CASEY HORNER, SR.**
**Senior United States Probation Officer**

**REVIEWED BY:**      **/S/**
                     **JEFFREY C. OESTREICHER**
                     **Supervising United States Probation Officer**

Dated: July 7, 2011
       Sacramento, California
       CKH:mc

RE: **Gerardo VALENCIA-REVUELTA**
 **Docket Number: 2:09CR00381-03**
 **CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc: Clerk, United States District Court
 United States Attorney's Office
 United States Marshal's Office
 Federal Defender (If defense counsel is court-appointed)
 Probation Office Calendar clerk

✓ **Approved**

_____ **Disapproved**

EDWARD J. GARCIA
**Senior United States District Judge**

7/11/11

**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:09CR00381-03 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Gerardo VALENCIA-REVUELTA | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 09/09/2011 at 10 a.m. |
| Reply, or Statement of Non-Opposition: | 09/02/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/26/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/19/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 08/12/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/29/2011 |