ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:  (209) 544–0200
Fax:        (209) 544-1860

Attorney for Defendant
GERARDO VALENCIA REVUELTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 09-381EJG |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| GERARDO VALENCIA REVUELTA, ) | |
| Defendants. ) | |

Defendant GERARDO VALENCIA-REVUELTA, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney MICHAEL M. BECKWITH, hereby stipulate and request the following:

1. That the Court continue the sentencing in the above-captioned case from September 9, 2011, to **October 7, 2011, at 10:00 a.m.**

2.. Defense counsel has just recently received the report from probation and will be on a previously scheduled vacation in the next couple of weeks.  As such, defense requests the continuance in order to permit a complete review of the Pre Sentencing Report from Probation with the defendant who is in custody at the

Butte County Jail, and file to the necessary objections before the currently scheduled date

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from September 9, 2011 through October 7, 2011, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: August 10, 2011

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
GERARDO VALENCIA-REVUELTA

Dated: August 10, 2011

/s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated:  August 10, 2011

/s/ Edward J. Garcia
Honorable EDWARD J. GARCIA
United States District Judge