# Memorandum  *& Order*



**United States Attorney**
*Eastern District of California*

| Subject | Date |
|---|---|
| Gerardo Valencia-Revuelta in Case Number 09-381 EJG [United States v. Mercado, et al. | November 15, 2011 |

| To | From |
|---|---|
| Colleen Lydon Clerk to the Honorable Judge Edward J. Garcia | Michael M. Beckwith Assistant United States Attorney |

      The parties in the above referenced case respectfully ask the Court to reschedule the Judgment and Sentencing hearing currently scheduled for December 2, 2011. In light of the Court's availability, the parties have agreed to January 20, 2012, as the new date for sentencing.

      If you have any questions, please contact me at 916-554-2797.

*c/ksb*

**FILED**
NOV 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**IT IS SO ORDERED**
*[signature]*
11/15/11