1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR 2:09-0381 EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING DATE & ORDER THEREON** |
| | ) | |
| GERARDO VALENCIA-REVUELTA, | ) | |
| | ) | DATE: March 2, 2012 |
| Defendant. | ) | TIME: 10:00 a.m. |
| _____ | ) | CTRM: Hon. Edward J. Garcia |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Assistant United States Attorney, Michael M. Beckwith, and defendant Gerardo Valencia Revuelta, through his counsel, Robert L. Forkner, Esq., hereby submits this stipulation to continue the sentencing date, which is currently set for January 20, 2012, at 10:00 a.m., and requests that this Court continue the sentencing date to March 2, 2012, at 10:00 a.m. The Government has confirmed this date with the United States Probation Officer who is in agreement.

///

///

1

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of March 2, 2012, at 10:00 a.m., for the sentencing in this matter.

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: January 13, 2012       By: /s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney


DATED: January 13, 2012       By: /s/ Robert Lee Forkner
                                  ROBERT LEE FORKNER, Esq.
                                  Attorney for Defendant
```

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued to March 2, 2012, at 10:00 a.m.

```
DATED: January 17, 2012         /s/ Edward J. Garcia
                                HONORABLE EDWARD J. GARCIA
                                UNITED STATES DISTRICT COURT JUDGE
```

2