UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>    v.<br><br>GERARDO VALENCIA-REVUELTA,<br><br>    Defendant/Petitioner. | No. 2:09-cr-0381 WBS AC<br><br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2014, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 142. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed December 19, 2014, are adopted in full;

    2. Respondent's motion to dismiss, ECF No. 136, is denied;

    3. Petitioner's motion under 28 U.S.C. § 2255, ECF No. 122, is denied;

1

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: January 20, 2015

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

vale0381.800.vac